UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE COSME,

                Plaintiff,        21-cv-1027 (JGK)

     - against -              ORDER

MARKET CONNECT GROUP, INC. ET AL.,

                Defendants.

JOHN G. KOELTL, District Judge:

The conference scheduled for today is canceled. The Court has entered a scheduling order.

SO ORDERED.

Dated:    New York, New York
           June 2, 2021

                                        John G. Koeltl
                                  United States District Judge