UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOSE COSME,

      Plaintiff,

   v.              1:21-cv-01027-JGK

                  *Scheduling Order*

MARKET CONNECT GROUP, INC.,
RHONDA LEADER, individually, and
KEITH RIVERS, individually,

      Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## JOINT REPORT PURSUANT TO FRCP 26(f) AND PROPOSED DISCOVERY PLAN

  This Civil Case Management Plan (the "Plan") is submitted by the parties in accordance with Fed. R. Civ. P. 26(f)(3):

1. The parties have engaged in settlement discussions.

2. The case is to be tried to a jury.

3. Initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure shall be completed no later than June 16, 2021.

4. All fact discovery is to be completed no later than December 9, 2021.

5. Initial requests for production of documents shall be served by July 2, 2021.

7. Interrogatories shall be served by July 2, 2021.

8. Depositions of the parties shall be completed by November 12, 2021.

9. Depositions of non-parties, if any, shall be completed by December 9, 2021.

10. All expert discovery, including disclosures, reports, production of underlying documents, and depositions, shall be completed by January 28, 2022.

11. All discovery shall be completed no later than January 28, 2022.

*Dispositive motions due 2/18/22.*
*Joint Pre-Trial Order due 3/11/22, or 21 days after disposition of any dispositive motion.*
*Ready-Trial, 48 hours notice, 14 days after submission of Joint Pre-Trial Order. SO ORDERED.*
*[signature] / U.S.D.J.*
*6/2/21*

Dated:      New York, New York
            June 1, 2021

PHILLIPS & ASSOCIATES, PLLC                    PADUANO & WEINTRAUB LLP


By:  /s/ Jesse S. Weinstein                    By:    /s/ Noah H. Bunzl
        Jesse S. Weinstein                             Meredith Cavallaro
                                                       Noah H. Bunzl
45 Broadway                                            1251 Avenue of the Americas
Suite 430                                      Ninth Floor
New York, New York 10006                       New York, New York 10020
(561) 613-5930                                 (212) 785-9100
jweinstein@tpglaws.com                         mc@pwlawyers.com
                                               nhb@pwlawyers.com
Attorneys for Plaintiff                        Attorneys for Defendants

2