

120 BROADWAY, NEW YORK, NY 10271
TEL: 212.980.9600   FAX: 212.980.9291   WWW.KBRLAW.COM

July 6, 2021

KENNETH ABEYRATNE
DIRECT: 646-367-6745
KABEYRATNE@KBRLAW.COM

<u>VIA ECF</u>

Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:   <u>Jose Cosme v. Market Connect Group, Inc., et al.</u>
      <u>Civil Action No.:      21-CV-1027 (JGK)</u>

Dear Judge Koeltl:

Pursuant to Local Civil Rule 1.4 of the United States District Court for the Southern District of New York, the undersigned attorney, currently listed as one of the attorneys of record for Plaintiff, requests to withdraw as counsel of record in the above-captioned matter. The reason for this request is because I am no longer affiliated with Phillips & Associates, PLLC. Nevertheless, Phillips & Associates, PLLC will continue to represent Plaintiff.

Thank you for Your Honor's time and consideration to this matter.

Respectfully submitted,

KAUFMAN BORGEEST & RYAN LLP

Kenneth Abeyratne, Esq.

cc:   All counsel of record (via ECF)